THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARGARET H. SANGER and Others, Appellants.— Motion to dismiss appeal from order entered December 5, 1916, granted, and stay vacated, under authority of People v. Mascola (174 App. Div. 360), decided September 29, 1916. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

HARRY L. BRADLEY and Others, Respondents, v. DEGNON CONTRACTING COMPANY and Another, Appellants.— Motion granted on condition that the appellants file a stipulation withdrawing all objection to the findings of fact, made by the referee, as to the items of damage of the respective plaintiffs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ. Order to be settled before Mr. Justice Thomas.

CHRIS BRANDT, Respondent, v. HARRY VOORHIES and Others, Appellants.— Motion granted on condition that appellants perfect the appeal, place the case on the January calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks P. J., Carr, Mills, Rich and Putnam, JJ.

In the Matter of the Substitution of Attorneys, etc. In the Matter of the Judicial Settlement, etc., of MARTHA E. DURBAN, Deceased.— Motion granted on condition that appellant perfect the appeal, place the case on the January calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

SYLVESTER ADAMS, an Infant, etc., Respondent, v. GENERAL BAKING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.

JOSEPHINE C. BROUARD, Appellant, v. MAX B. JUDITSKY, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

GEORGE CAMPBELL, Appellant, v. DAVIS BROWN, INC., and BRADLEY CONTRACTING COMPANY, Respondents.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.

DONATO DI DIO, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of the evidence, and for errors at folios 216, 217. Thomas, Carr, Stapleton, Rich and Putnam, JJ., concurred.

FAMOUS TIRE AND RUBBER COMPANY, INC., Respondent, v. WALLACE D. FUERTH, Appellant, and Another, Defendant, Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Carr, Stapleton, Mills and Putnam, JJ., concurred.